UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

GERMAN WISE DENTAL LLC, DBA LOWER COLUMBIA ORAL HEALTH,

Debtor.

Case No. 22-40773-BDL

Chapter 7 Bankruptcy

Noted for Consideration: 1/25/23

COMES NOW, CODY WHITE, ("Movant") by and through his attorney, MARGARET M. STURM, and pursuant to 11 U.S.C. Sec 361, 362, 363 and Bankruptcy Rule 4001, moves the Court for an Order for Relief from Automatic Stay imposed by 11 U.S.C. Sec 362 of the Bankruptcy Code.

I. JURISDICTION AND VENUE

The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sec 157 and 1334. This is a core proceeding under 28 U.S.C. Sec 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. Sec 1408 and 1409.

II. STANDING

Movant has standing to bring this Motion as the holder of a claim for personal injuries against German Wise Dental, LLC and therefore a creditor of German Wise Dental, LLC. Movant filed a

PAGE 1 OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

claim for personal injuries against Debtor in Cowlitz County Superior Court Cause No. 21-2-00927-08 on December 20, 2021.

### III. FACTS

1. On June 24, 2022, GERMAN WISE DENTAL, LLC ("Debtor") filed a Petition for Relief under Chapter 7 of the Bankruptcy Code. Subsequent to the filing Donald A. Thacker was appointed as Trustee. Upon filing his Petition for Relief, pursuant to Bankruptcy Chapter 7, an Automatic Stay had the effect of staying Movant's action against debtor and Sam Wise.

2. Debtor has insurance coverage with a limit of $2,000,000.00 available to compensate Movant. Such insurance proceeds are not a part of the Bankruptcy Estate.

3. No other parties have an interest in the insurance proceeds.

4. Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. Sec 362(d)(1) and 362(d)(2) because:

    a. Movant's claim is for insurance proceeds which are not a part of the bankruptcy estate.

    b. No other party has an interest in the insurance proceeds.

### IV. PRAYER FOR RELIEF

WHEREFORE, Movant prays for an Order from the Court granting Movant relief from the automatic stay of Sec 362 of the Bankruptcy Code to permit Movant to proceed under law and for such other and further relief as the Movant may be entitled.

DATED: January 3, 2023.

_____
MARGARET M. STURM, WSBA #56655
Of Attorneys for Cody White
margaret@walstead.com
1700 Hudson St. Suite 300
PO Box 1549
Longview, WA 98632

PAGE 2 OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220