# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

GERMAN WISE DENTAL LLC, DBA LOWER COLUMBIA ORAL HEALTH,

Debtor.

No. 22-40773-BDL

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

(PROPOSED)

THIS MATTER having come before the court upon CODY WHITE's Motion for Relief from Automatic Stay (the "Motion"), and the court having reviewed the documents and pleadings filed herein, and the Court being fully apprised of the issues,

NOW THEREFORE, the Motion is granted, and CODY WHITE may proceed with the litigation filed in Cowlitz County Superior Court Cause No. 21-2-00927-08.

DONE this ___ day of January, 2023.

_____
JUDGE

Presented by:

*[signature]*
Margaret M. Sturm, WSBA #56655
Of Attorneys for Cody White

PAGE 1 OF **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** (PROPOSED)

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220