UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re:                                               | Chapter 7                        |
|------------------------------------------------------|----------------------------------|
| GERMAN WISE DENTAL LLC, DBA LOWER COLUMBIA ORAL HEALTH, | Case No. 22-40773-BDL            |
|                                                      | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| Debtor.                                              | (PROPOSED)                       |

THIS MATTER having come before the Court upon CODY WHITE's *Motion for Relief from Automatic Stay* (the "Motion"),[1] and the Court having reviewed the documents and pleadings filed herein, and the Court finding that adequate and proper notice of the Motion was provided to all appropriate parties; and after due deliberation and sufficient cause appearing therefor; now, it is hereby

**ORDERED as follows:**

1. The Motion is granted to the extent set forth herein.

2. The automatic stay of 11 U.S.C. § 362(a) is modified with respect to the subject litigation pending in Cowlitz County Superior Court, Cause No. 21-2-00927-08 (the "Lawsuit").

3. CODY WHITE may proceed to prosecute his prepetition claims against the Debtor

---

[1] Capitalized terms used but not defined herein shall have their meanings as ascribed in the Motion.

PAGE 1 – ORDER GRANTING RELIEF FROM AUTOMATIC STAY (PROPOSED)

ga19cq01e2

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

in the Lawsuit to judgment or settlement; *provided, however*, that CODY WHITE is barred from asserting any claim against the Debtor in the above-captioned bankruptcy estate and shall not be entitled to any distribution of funds herein.

4. The Trustee may take all actions necessary, appropriate, or desirable to defend against the Lawsuit or protect the bankruptcy estate's interests as to the Lawsuit.

5. This Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

/// End of Order ///

Presented by:

WALSTEAD MERTSCHING P.S.

*[signature]*

Margaret M. Sturm, WSBA #56655
Of Attorneys for Cody White
Email: margaret@walstead.com
1700 Hudson Street, Suite 300
PO Box 1549
Longview, WA 98632

PAGE 2 – ORDER GRANTING RELIEF FROM AUTOMATIC STAY (PROPOSED)

ga19cq01e2

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220